**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIMOTHY W. RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | No.00-427C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

At the hearing in this case conducted on September 21, 2006, the Court indicated that it would allow the parties until October 23, 2006 to attempt to settle this case. We file this status report to inform the Court that the parties have begun settlement negotiations, although we have not yet resolved the case. We anticipate that we will conclude the discussions, either determining that the case may not be settled or coming to a preliminary agreement upon settlement, sometime within the next two weeks. In any event, we will notify the Court of the results by joint status report on or before November 6, 2006.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Anthony Walluk
ANTHONY WALLUK
111 Soledad
Suite 300
San Antonio, TX 78205
(210) 226-4384

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorney for Plaintiff

Attorneys for Defendant

October 23, 2006