# In the United States Court of Federal Claims

**No.00-427C**

**(Filed October 26, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMOTHY W. RICKS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER CONTINUING STAY OF PROCEEDINGS

---

The parties to this action filed a joint status report with this Court on October 23, 2006, indicating that they are engaging in settlement negotiations, and that they will file a joint status report with this Court on or before November 6, 2006. The stay of proceedings entered on September 21, 2006, is continued until further order of the Court. The parties shall file their joint status report with this Court by **November 6, 2006**.

It is so **ORDERED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**