**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIMOTHY W. RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | No.00-427C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report to inform the Court of the results of the settlement discussions referenced in the joint status report we filed on October 23, 2006. The discussions have not led to a settlement and the parties do not believe that further discussions will be fruitful at this time.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Anthony Walluk
ANTHONY WALLUK
111 Soledad
Suite 300
San Antonio, TX 78205
(210) 226-4384

Attorney for Plaintiff

December 8, 2006

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant