# In the United States Court of Federal Claims

**No.00-427C**
**(Filed December 19, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMOTHY W. RICKS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On December 19, 2006, the Court conducted a telephonic status conference to discuss further proceedings in this action after the parties' December 8, 2006 joint filing reported that settlement negotiations would no longer be fruitful. During the status conference the Court ordered Defendant to:

1. Provide a declaration detailing the process used to select the individuals chosen as benchmarks for the 1992 and 1993 U.S. Air Force Lieutenant Colonel Central Selection Boards.

2. Supplement the record by producing the race and gender of each individual selected as a benchmark for the 1992 and 1993 U. S. Air Force Lieutenant Colonel Central Selection Boards and providing any scoring or ranking information for these individuals, if available.

3. Provide a declaration explaining the process, rankings used, and results during each Special Selection Board (SSB) for Major Ricks.

Defendant is directed to provide this information to the Court by **January 19, 2007**. Plaintiff may file with this Court any comments on the supplementation by **January 26, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**