# Atch 1

# Welcome
## to the



# UNITED STATES AIR FORCE
## SELECTION BOARD SECRETARIAT

**CY05C Special Selection Boards**

**CY05D Chaplain Selective Continuation**

**26 Sep 05**

**U.S. AIR FORCE**

*Integrity - Service - Excellence*

U.S. AIR FORCE

# Overview

- Briefing
- Board President remarks
- Read SECAF MOIs
- Administer oaths
- Training Session (Trial Run)
- Begin scoring records

U.S. AIR FORCE

# Authority

- Title 10 U.S.C., Chapter 36* - *Promotion, Separation, and Involuntary Retirement of Officers on the Active-Duty List*
- Title 10 U.S.C., Chapter 38 - *Joint Officer Management*
- Title 10 U.S.C., Chapter 87 - *Defense Acquisition Workforce*
- DoD Directive 1320.8 - *Continuation of Regular Commissioned Officers on Active Duty*
- DoD Directive 1320.11 - *Special Selection Boards*
- DoD Directive 1320.12* - *Commissioned Officer Promotion Program*
- DoD Directive 1400.33 - *Employment / Volunteer Work of Spouses of Military Personnel*
- DoD Instruction 1320.14* - *Commissioned Officer Promotion Program Procedures*
- DoD Instruction 6000.13 - *Medical Manpower and Personnel*
- AF Policy Directive 36-25 - *Military Promotion and Demotion*
- AF Policy Directive 36-26 - *Total Force Development*
- AF Instruction 36-2501* - *Officer Promotions and Selective Continuation*
- SECAF Memoranda of Instructions

U.S. AIR FORCE

# Board Organization

## Secretary of the Air Force

### Board President #1

[redacted] [redacted] [redacted]

### Board President #2

[redacted]

U.S. AIR FORCE

# Task

| Category | Boards | Considerees | Total Records |
|---|---|---|---|
| LAF #1 | 10 | 19 | 122 |
| CHAP | 4 | 14 | 44* |
| HP | 7 | 9 | 79 |
| LAF #2 | 10 | 43 | 148 |

U.S. AIR FORCE

# *Special Selection Boards*

**Goal:**

- Re-create original board competition by comparing considerees' records versus benchmark records

**Preparation:**

- Considerees' records have been corrected (if necessary) and "aged" to appear as they would have appeared on original board

U.S. AIR FORCE

# Special Selection Boards

**Benchmark Records:**

- 5 selects and 5 nonselects from original board "frozen" to remain as they appeared on original board

**All Records:**

- Records will not be identified as consideree(s) or benchmarks

U.S. AIR FORCE

# Reasons for Special Selection Boards

Individual was:

- Not considered due to administrative error
- Considered but not selected because:
  - Action of board was contrary to law, involved material error of fact or material administrative error
  - Board did not have before it material information

U.S. AIR FORCE

# *Special Selection Boards*

**Process:**

- SSB makes select / nonselect recommendations
- No quota
- Considerees' and benchmark records scored together
- An officer is selected if:
  - Outscores all nonselects
  - Ties or outscores at least one select
  - Considered fully qualified

U.S. AIR FORCE

# *Special Selection Boards*

## Results:

- If Selected:
  - Rank, pay, and entitlements (if any) are retroactive
- If Nonselected:
  - Counts as one time failure if original look
  - Does not count as failure if re-look

U.S. AIR FORCE

# Procedures

## Original Board

**Selects**

- Select
- Select
- Select
- Select

**Quota Cut**

---

**Non-selects**

- Nonselect
- Nonselect
- Nonselect
- Nonselect

U.S. AIR FORCE

# Procedures




*Integrity - Service - Excellence*

U.S. AIR FORCE

# Procedures




*Integrity - Service - Excellence*

U.S. AIR FORCE

# Procedures




## Results

| Record | SSB Score | |
|---|---|---|
| A | 40.5 | |
| B | 40.0 | |
| Cons#1 | 39.0 | Sel |
| C | 39.0 | |
| D | 38.5 | |
| *F* | 38.5 | |
| Cons#2 | 38.0 | NSel |
| E | 38.0 | |
| *G* | 38.0 | |
| *H* | 37.0 | |
| *I* | 36.5 | |
| *J* | 36.5 | |

U.S. AIR FORCE

# Designated SSBs

Process:

- On certain designated SSBs, the SECAF has directed that an alternate selection methodology be used
- An officer is selected if:
  - Ties or outscores at least one select
  - Considered fully qualified

U.S. AIR FORCE

# Designated SSB Procedures




## Results

| Record | SSB Score | |
|---|---|---|
| A | 40.5 | |
| B | 40.0 | |
| Cons#1 | 39.0 | Sel |
| C | 39.0 | |
| D | 38.5 | |
| *F* | 38.5 | |
| Cons#2 | 38.0 | Sel |
| E | 38.0 | |
| *G* | 38.0 | |
| *H* | 37.0 | |
| *I* | 36.5 | |
| *J* | 36.5 | |

*Integrity - Service - Excellence*

U.S. AIR FORCE

# Records / Procedures

- Selection record
- Scoring
- Training Session (Trial Run)


HEADQUARTERS
UNITED STATES AIR FORCE
SELECTION FOLDER
Doe, John
DOE, JOHN
0007483392
00001

## LEFT SIDE

**PROMOTION RECOMMENDATION FORM (PRF)**

**PERFORMANCE / EFFECTIVENESS / TRAINING REPORTS**

**AF FORM 77**

Doe, John


RIGHT SIDE
COURT- MARTIAL / ARTICLE 15 / LETTER OF REPRIMAND
DE OPS DEFERMENT
BOARD CERTIFICATION (HP only)
CITATIONS FOR DECORATIONS
AF FORM 77
Doe, John


OFFICER SELECTION BRIEF
LETTER TO BOARD
MISSING DOCUMENT REQUEST
Doe, John

U.S. AIR FORCE

# Promotion Recommendation Form

- Senior rater fixed by policy

- Three types of PRFs
  - Normal
  - Narrative only
  - Recommendation only

- Three types of promotion recommendations
  - Definitely promote
  - Promote
  - Do not promote

U.S. AIR FORCE

# *Whole Person Concept*

| Factor | Evaluate |
| --- | --- |
| Performance | PRFs / OPRs / OERs / TRs |
| Professional Qualities | Expertise Within Specialty |
| Leadership | Command / Staff |
| Job Responsibility | Scope / Exposure |
| Depth & Breadth of Experience | Where / What / When |
| Specific Achievements | Awards / Decorations / OPRs / OERs |
| Education | Level / Utilization |

## — POTENTIAL —

*Integrity - Service - Excellence*

U.S. AIR FORCE

# *Scoring Scale*

| | | |
|---|---|---|
| ▪ Absolutely Superior | 10 | |
| ▪ Outstanding | 9.5 | *Outstanding* |
| ▪ Few Could Be Better | 9 | |
| ▪ Strong | 8.5 | *Above Average* |
| ▪ Slightly Above Average | 8 | |
| ▪ Average | 7.5 | *Average* |
| ▪ Slightly Below Average | 7 | |
| ▪ Well Below Average | 6.5 | *Below Average* |
| ▪ Lowest | 6 | |

*Integrity - Service - Excellence*

U.S. AIR FORCE

# Scoring Method

- **Selective Continuation Boards**

YES (circled) NO

- Yes: Officer is Fully Qualified
- No: Officer is Not Fully Qualified

U.S. AIR FORCE

# Sample Ballot

**P0699A (2 AUG 99) LAF I/APZ**

| NAME | SCORE | SHOW CAUSE |
|---|---|---|
| ALLEN | ______ | SC |
| BATES | ______ | SC |
| BROWN | ______ | SC |
| CHAMBERS | ______ | SC |
| DAVIS | ______ | SC |
| HUGHES | ______ | SC |
| JOHNSON | ______ | SC |
| MILLER | ______ | SC |
| SIMPSON | ______ | SC |
| STERLING | ______ | SC |
| WILLIAMS | ______ | SC |

U.S. AIR FORCE

# Split Resolution Technique

- All panel members present
- All scoring stops
- Members gather around panel chief
- Panel chief reviews scores
- Discuss strengths and weaknesses in record

- All can look at record and discuss
- Only those involved in split may change score

U.S. AIR FORCE

# Training Session
## (Trial Run)

- Sample group of records
- Score individually
- Open discussion during debrief
- Set board standard

**— CONSISTENCY —**

U.S. AIR FORCE

# Important Points

- Frequent contact with the staff
- Expected duration
- Average daily scoring rate
- Work pace / work hours
- If any concern about a record…ask for clarification

U.S. AIR FORCE

# *Rules of Engagement*

- Coordinate with staff prior to open discussion
- No phone calls to gather information
- Notes remain in the board room
- Do not mark in records
- Do not remove records from your table
- Do not use the scoring scale to drive a split

U.S. AIR FORCE

# Board President

- Monitors board progress
- Ensures board focuses on SECAF MOIs
- Adheres to statutes, directives, and instructions
- Assures fair and equitable treatment
- Ensures no coercion on, or undo influence of, selection board actions
- Briefs board results to SECAF

U.S. AIR FORCE

# *Board Member Cautions*

- **Never disclose board <u>proceedings</u>**
  - **For example, how a record scored or comments made during split resolution**
- **After results are released, you may cover the <u>procedures</u> and <u>process</u>**