# Atch 4

CENTRAL LIEUTENANT COLONEL BOARD

CY92B

16 NOVEMBER 1992

FOR OFFICIAL USE ONLY

# INDEX


| PAGE | |
|---|---|
| 1 | ELIGIBILITY CRITERIA |
| 2 | QUOTA COMPUTATIONS |
| 3 | BOARD RESULTS (OVERALL) |


FOR OFFICIAL USE ONLY

## ELIGIBILITY CRITERIA

DATE OF SEPARATION 14 FEB 93 OR LATER

EXTENDED ACTIVE DUTY DATE OF 16 MAY 92 OR EARLIER

LINE AND MEDICAL SERVICE CORPS (MSC)
IN-THE-PROMOTION ZONE (IPZ)

DATE OF RANK OF 1 APR 88 THROUGH 31 DEC 88

ABOVE-THE-PROMOTION ZONE (APZ)

DATE OF RANK 31 MAR 88 OR EARLIER

BELOW-THE-PROMOTION ZONE (BPZ)

LINE - DATE OF RANK 1 JAN 89 THROUGH 31 OCT 91

MSC - DATE OF RANK 1 JAN 89 THROUGH 31 JAN 92

CHAPLAIN AND JUDGE ADVOCATE (JAG)
IN-THE-PROMOTION ZONE (IPZ)

DATE OF RANK OF 1 APR 87 THROUGH 31 MAR 88

ABOVE-THE-PROMOTION ZONE (APZ)

DATE OF RANK OF 31 MAR 87 OR EARLIER

BELOW-THE-PROMOTION ZONE (BPZ)

CHAPLAIN - DATE OF RANK 1 APR 88 THROUGH 31 JAN 90

JAG - DATE OF RANK 1 APR 88 THROUGH 30 SEP 90



FOR OFFICIAL USE ONLY

# BOARD SUMMARY

## QUOTA COMPUTATION

| | IN-/ABOVE-THE-PROMOTION ZONE (IPZ/APZ) | | | BELOW-THE-PROMOTION ZONE (BPZ) |
|---|---|---|---|---|
| COMPETITIVE CATEGORY | IPZ | % OPPORTUNITY* | TOTAL BOARD QUOTA | MAX CEILING** |
| LINE | 1887 | 70 | 1321 | 99 |
| CHAPLAIN | 46 | 60 | 28 | 2 |
| JUDGE ADVOCATE | 40 | 80 | 32 | 2 |
| MEDICAL SERVICE | 31 | 80 | 25 | 2 |
| TOTAL | 2004 | | 1406 | 105 |

* ESTABLISHED BY POLICY BASED ON CURRENT/PROJECTED FORCE REQUIREMENTS.

** 7.5% OF THE TOTAL BOARD QUOTA AT THE EXPENSE OF IN- AND ABOVE-THE-PROMOTION ZONE.

BOARD RESULTS (OVERALL)

| COMPETITIVE CATEGORY | IPZ CONS | IPZ SEL | IPZ % SEL | APZ CONS | APZ SEL | APZ % SEL | BPZ CONS | BPZ SEL | BPZ % SEL |
|---|---|---|---|---|---|---|---|---|---|
| LINE | 1887 | 1196 | 63 | 1796 | 27 | 2 | 5860 | 98 | 2 |
| CHAPLAIN | 46 | 25 | 54 | 44 | 2 | 5 | 68 | 1 | 1 |
| JUDGE ADVOCATE | 40 | 28 | 70 | 41 | 3 | 7 | 105 | 1 | 1 |
| MEDICAL SERVICE | 31 | 17 | 55 | 23 | 6 | 26 | 128 | 2 | 2 |
| TOTAL | 2004 | 1266 | 63 | 1904 | 38 | 2 | 6161 | 102 | 2 |

* ELECTED NOT TO USE THE FULL BELOW-THE-PROMOTION ZONE QUOTA BASED ON A QUALITY ASSESSMENT.

SUMMARY (LINE ONLY)

AERONAUTICAL RATING

| AERONAUTICAL RATING | IPZ | | | APZ | | | BPZ | | |
|---|---|---|---|---|---|---|---|---|---|
| | CONS | SEL | % SEL | CONS | SEL | % SEL | CONS | SEL | % SEL |
| OPERATIONS | 897 | 595 | 66 | 1177 | 16 | 1 | 2284 | 67 | 3 |
| Pilot | 452 | 325 | 72 | 535 | 5 | 1 | 1014 | 57 | 6 |
| Navigator | 228 | 142 | 62 | 491 | 7 | 1 | 671 | 4 | 1 |
| Nonrated Ops | 217 | 128 | 59 | 151 | 4 | 3 | 599 | 6 | 1 |
| MISSION SUPPORT | 990 | 601 | 61 | 619 | 11 | 2 | 3576 | 31 | 1 |
| BOARD | 1887 | 1196 | 63 | 1796 | 27 | 2 | 5860 | 98 | 2 |



FOR OFFICIAL USE ONLY

SUMMARY (LINE ONLY)

MINORITY/FEMALE

| | IPZ | | | APZ | | | BPZ | |
|---|---|---|---|---|---|---|---|---|---|
| MINORITY | CONS | SEL | % SEL | CONS | SEL | % SEL | CONS | SEL | % SEL |
| BLACK | 140 | 83 | 59 | 120 | 2 | 2 | 469 | 1 | .2 |
| FEMALES | 141 | 96 | 68 | 92 | 1 | 1 | 735 | 9 | 1 |
| HISPANIC | 52 | 30 | 58 | 47 | 1 | 2 | 163 | 5 | 3 |
| OTHER | 33 | 13 | 40 | 25 | 1 | 4 | 121 | 1 | .8 |
| BOARD | 1887 | 1196 | 63 | 1796 | 27 | 2 | 6161 | 102 | 2 |



FOR OFFICIAL USE ONLY

# Atch 5

CENTRAL LIEUTENANT COLONEL BOARD

CY93A

12 OCTOBER 1993

FOR OFFICIAL USE ONLY

# INDEX

PAGE

1 ELIGIBILITY CRITERIA

2 QUOTA COMPUTATIONS

3 BOARD RESULTS (OVERALL)

LINE SUMMARIES

4 AERONAUTICAL RATING

5 MINORITIES/WOMEN

## ELIGIBILITY CRITERIA

DATE OF SEPARATION 10 JAN 94 OR LATER

EXTENDED ACTIVE DUTY DATE OF 12 APR 93 OR EARLIER

### LINE AND MEDICAL SERVICE CORPS (MSC)
### IN-THE-PROMOTION ZONE (IPZ)

DATE OF RANK OF 1 JAN 89 THROUGH 31 JAN 90

### ABOVE-THE-PROMOTION ZONE (APZ)

DATE OF RANK 31 DEC 88 OR EARLIER

### BELOW-THE-PROMOTION ZONE (BPZ)

LINE - DATE OF RANK 1 FEB 90 THROUGH 31 MAY 93

MSC - DATE OF RANK 1 FEB 90 THROUGH 31 DEC 92

### JUDGE ADVOCATE (JAG), BIOMEDICAL SCIENCES CORPS (BSC), AND NURSE CORPS (NC)
### IN-THE-PROMOTION ZONE (IPZ)

DATE OF RANK OF 1 APR 88 THROUGH 31 DEC 88

### ABOVE-THE-PROMOTION ZONE (APZ)

DATE OF RANK OF 31 MAR 88 OR EARLIER

### BELOW-THE-PROMOTION ZONE (BPZ)

JAG - DATE OF RANK 1 JAN 89 THROUGH 31 JUL 92

BSC - DATE OF RANK 1 JAN 89 THROUGH 30 JUN 91

NC - DATE OF RANK 1 JAN 89 THROUGH 31 DEC 91



FOR OFFICIAL USE ONLY

## BOARD SUMMARY

## QUOTA COMPUTATION

| COMPETITIVE CATEGORY | IN-/ABOVE-THE-PROMOTION ZONE (I/APZ) | | | BELOW-THE-PROMOTION ZONE (BPZ) |
|---|---|---|---|---|
| | IPZ | % OPPORTUNITY* | TOTAL BOARD QUOTA | MAX CEILING** |
| LINE | 2246 | 70 | 1573 | 118 |
| JUDGE ADVOCATE | 39 | 80 | 32 | 1 |
| MEDICAL SERVICE | 50 | 80 | 40 | 3 |
| BIOMEDICAL SCIENCES | 84 | 70 | 59 | 4 |
| NURSE | 157 | 60 | 95 | 7 |
| TOTAL | 2576 | | 1799 | 133 |

* ESTABLISHED BY POLICY BASED ON CURRENT/PROJECTED FORCE REQUIREMENTS.

** 7.5% OF THE TOTAL BOARD QUOTA FOR LINE, MSC, BSC, NC, AND 3.0% FOR JAG. THESE PROMOTIONS ARE AT THE EXPENSE OF QUOTAS IN- AND ABOVE-THE-PROMOTION ZONE.

BOARD RESULTS (OVERALL)

| COMPETITIVE CATEGORY | CONS | IPZ SEL | % SEL | CONS | APZ SEL | % SEL | CONS | BPZ SEL | % SEL |
|---|---|---|---|---|---|---|---|---|---|
| LINE | 2246 | 1413 | 63 | 1809 | 44 | 2 | 6122 | 116* | 2 |
| JUDGE ADVOCATE | 39 | 29 | 74 | 35 | 3 | 9 | 140 | 0* | 0 |
| MEDICAL SERVICE | 50 | 33 | 66 | 21 | 5 | 24 | 114 | 2* | 2 |
| BIOMEDICAL SCIENCES | 84 | 50 | 60 | 101 | 5 | 5 | 154 | 4 | 3 |
| NURSE | 157 | 80 | 51 | 190 | 10 | 5 | 307 | 5 | 2 |
| TOTAL | 2576 | 1605 | 62 | 2156 | 67 | 3 | 6837 | 127 | 2 |

* ELECTED NOT TO USE THE FULL BELOW-THE-PROMOTION ZONE QUOTA BASED ON A QUALITY ASSESSMENT.

SUMMARY (LINE ONLY)

AERONAUTICAL RATING

| AERONAUTICAL RATING | CONS | IPZ SEL | % SEL | CONS | APZ SEL | % SEL | CONS | BPZ SEL | BPZ % SEL |
|---|---|---|---|---|---|---|---|---|---|
| RATED | 745 | 497 | 67 | 887 | 13 | 1 | 1676 | 55 | 3 |
| Pilot | 448 | 322 | 72 | 470 | 8 | 2 | 990 | 45 | 5 |
| Navigator | 297 | 175 | 59 | 417 | 5 | 1 | 686 | 10 | 1 |
| NONRATED | 1501 | 916 | 61 | 922 | 31 | 3 | 4446 | 61 | 1 |
| BOARD | 2246 | 1413 | 63 | 1809 | 44 | 2 | 6122 | 116 | 2 |



FOR OFFICIAL USE ONLY

SUMMARY (LINE ONLY)

MINORITY/FEMALE

| | | IPZ | | | APZ | | | | BPZ |
|---|---|---|---|---|---|---|---|---|---|
| MINORITY | CONS | SEL | % SEL | CONS | SEL | % SEL | CONS | SEL | % SEL |
| BLACK | 192 | 127 | 66 | 138 | 6 | 4 | 495 | 12 | 2 |
| OTHER | 109 | 64 | 59 | 96 | 6 | 6 | 347 | 4 | 1 |
| Hispanic | 54 | 36 | 67 | 53 | 3 | 6 | 173 | 1 | 1 |
| FEMALE | 255 | 168 | 66 | 107 | 3 | 3 | 876 | 19 | 2 |
| BOARD | 2246 | 1413 | 63 | 1809 | 44 | 2 | 6122 | 116 | 2 |



FOR OFFICIAL USE ONLY