**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIMOTHY W. RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | No.00-427C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE DECLARATION**

Subsequent to our filing Lieutenant Colonel ("Lt Col") Karen Taylor's declaration with the Court on January 19, 2007, we discovered that there were errors upon two lines of a table upon the last page of the declaration as filed and in a number on paragraph 11 of the declaration. To remedy these mistakes, we respectfully request that the Court allow substitution of the attached declaration for the declaration filed on January 19, 2007. We have discussed the matter with counsel for plaintiff, who does not oppose this motion.

The mistakes we are seeking to remedy involve the numbers regarding the costs for replicating the 1992 and 1993 Lt Col promotion boards, reflected upon pages 6 and 8 of the declaration. Earlier in Lt Col Taylor's declaration, she correctly reported the numbers of officers who were considered for promotion by those boards (more than19,700), but paragraph 11 reflected a lower total number and the table in paragraph 13 reflected a lower number of officers considered for the 1992 board (it actually reflected the number for a Colonel promotion board held in 1992) and a miscalculation of the estimated costs for both Lt Col boards. The incorrect numbers were recognized by Lt Col Taylor prior to her execution of the declaration, but, unfortunately, miscommunication led to the filing of the incorrect figures. We regret the errors, and immediately left a message informing plaintiff's counsel of them when they were

discovered. For simplicity, we have duplicated the entire declaration, rather than the two pages upon which the errors were located, and have had Lt Col Taylor re-execute it on January 31, 2007. The attachments to the declaration remain the same and we do not reproduce them here.

Accordingly, we respectfully request that the Court allow substitution of Lt Col Taylor's January 19, 2007 declaration by the attached declaration, dated January 31, 2007.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant

January 31, 2007

Attachment:

Substitute declaration of Lt Col Taylor