# In the United States Court of Federal Claims

**No.00-427C**
**(Filed February 1, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**TIMOTHY W. RICKS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S MOTION TO SUBSTITUTE DECLARATION**

---

On January 31, 2007, Defendant moved to substitute a new declaration for Lieutenant Colonel Karen Taylor, U.S. Air Force, because errors were discovered in the original declaration filed with this Court on January 19, 2007. The errors involve a miscalculation of costs for replicating the 1992 and 1993 Lieutenant Colonel promotion boards. Plaintiff does not oppose this motion. Good cause having been shown, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**