# In the United States Court of Federal Claims

**No.00-427C**
**(Filed February 6, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TIMOTHY W. RICKS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On January 31, 2007, Defendant filed with this Court an unopposed motion to substitute the declaration of Lieutenant Colonel Karen Taylor, U.S. Air Force. The Court granted Defendant's motion on February 1, 2007. Plaintiff shall file any response to LtCol Taylor's declaration by **March 1, 2007**.

**IT IS SO ORDERED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**