# In the United States Court of Federal Claims

**No.00-427C**
**(Filed February 26, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TIMOTHY W. RICKS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's February 15, 2007, response to Defendant's declaration, is accepted as filed by this Court.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**