# In the United States Court of Federal Claims

**No.00-427C**
**(Filed: May 2, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TIMOTHY W. RICKS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court held a status conference on May 2, 2007. Based upon the parties' representations made during the status conference, the Court stays the case until **June 22, 2007**, so that the parties may pursue settlement negotiations.

The Court will conduct a telephonic status conference on **June 22, 2007**, at **11:00 A.M., EST**. The Court will initiate the call.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**