# In the United States Court of Federal Claims

**No.00-427C**
**(Filed: June 21, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TIMOTHY W. RICKS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONTINUING STAY

On May 2, 2007, the Court stayed this case until June 22, 2007, so that the parties could pursue settlement negotiations. The parties have requested that the stay be continued.

The stay is continued until **July 23, 2007**. The Court will conduct a telephonic status conference on **July 24, 2007**, at **11:00 A.M., EST**. The Court will initiate the call.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**