# In the United States Court of Federal Claims

**No.00-427C**
**(Filed: July 24, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TIMOTHY W. RICKS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER CONTINUING STAY**

The parties have informed the Court that settlement negotiations are continuing and have requested additional time to pursue a settlement.

Good cause having been shown, the stay is continued until **September 21, 2007**. The parties shall file a joint status report informing the Court of their progress toward settlement by **September 25, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**