**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIMOTHY W. RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | No.00-427C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

In accordance with the Court's July 24, 2007 order, the parties respectfully submit this joint status report to inform the Court of the results of the settlement discussions in this matter. The parties are pleased to report that they have come to tentative agreement upon the broad outlines of a settlement in this case. Some details of the settlement remain to be negotiated and any settlement will require approval from the appropriate authority at the Department of Justice.

Government counsel anticipates being away from the office for the first three weeks of October and we do not expect complete resolution of this case before his departure. Accordingly, we respectfully propose that the parties file a status report with the Court on or before November 5, 2007, informing it of the progress made in securing the settlement.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Anthony Walluk
ANTHONY WALLUK
111 Soledad
Suite 300
San Antonio, TX 78205
(210) 226-4384

Attorney for Plaintiff

September 25, 2007

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant