**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIMOTHY W. RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | No.00-427C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties file this joint status report to inform the Court of the progress made in negotiations for settling this case. Plaintiff has made an offer that is presently being considered by the settlement approval authority at the Department of Justice, but that individual has not yet made a determination upon that offer. Upon such a determination being made, we will promptly inform the Court

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Anthony Walluk
ANTHONY WALLUK
111 Soledad
Suite 300
San Antonio, TX 78205
(210) 226-4384

Attorney for Plaintiff

December 6, 2007

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant