**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TIMOTHY W. RICKS, | ) | |
| | ) | |
| Plaintiff, | ) | No.00-427C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties file this joint status report to inform the Court of the progress made in negotiations for settling this case. We are pleased to inform the Court that the appropriate authority at the Department of Justice has approved the proposed settlement in this case and the parties have signed a settlement agreement. Upon the Government's satisfaction of the terms of the agreement, the parties will jointly stipulate to dismissal of this case**.**

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Anthony Walluk
ANTHONY WALLUK
111 Soledad
Suite 300
San Antonio, TX 78205
(210) 226-4384

Attorney for Plaintiff

January 10, 2008

s/ J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, DC 20530
Tele: (202) 305-7586
Fax: (202) 514-7969

Attorneys for Defendant